AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT ☒ INFORMATION ☐ INDICTMENT ☐ SUPERSEDING

**OFFENSE CHARGED**

Title 15 U.S.C., Section 1 -- Price Fixing

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: See attachment

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

**DEFENDANT - U.S**

▶ Wen-Hung "Amigo" Huang

DISTRICT COURT NUMBER

CR 10 0579

E-filing WHA

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of: } SHOW DOCKET NO.
☐ U.S. ATTORNEY ☐ DEFENSE

☐ this prosecution relates to a pending case involving this same defendant } MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   Joseph P. Russoniello
☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Niall E. Lynch, Assistant Chief, Antitrust Division

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS ☒ NO PROCESS* ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:        Before Judge:

Comments:

PENALTY SHEET

Individual:   Wen-Hung "Amigo" Huang

Maximum Penalties:

CR 10 0579 WHA

1. A fine in an amount equal to the largest of:

   A. $1,000,000.00.

   B. Twice the gross pecuniary gain derived from the crime.

   C. Twice the gross pecuniary loss caused to the victims of the crime.

2. A term of imprisonment for ten years.

3. A term of supervised release of at least two years but not more than three years.

4. $100 special assessment.

5. Restitution.

1  NIALL E. LYNCH (State Bar No. 157959)
2  MICHAEL L. SCOTT (State Bar No. 165452)
   HEATHER S. TEWKSBURY (State Bar No. 222202)
   Antitrust Division
3  U.S. Department of Justice
   450 Golden Gate Avenue
4  Box 36046, Room 10-0101
   San Francisco, CA 94102
5  Telephone: (415) 436-6660

6  Attorneys for the United States

FILED E-filing
2010 JUL 28 A 9: 13
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

**WHA**

**CR 10 0579**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. CR |
| | ) | |
| v. | ) | **INFORMATION** |
| | ) | |
| | ) | VIOLATION: |
| | ) | Title 15, United States Code, |
| WEN-HUNG "AMIGO" HUANG, | ) | Section 1 (Price Fixing) |
| | ) | |
| Defendant. | ) | |
| | ) | San Francisco Venue |

The United States of America, acting through its attorneys, charges:

I.

DESCRIPTION OF THE OFFENSE

1. WEN-HUNG "AMIGO" HUANG ("defendant") is made a defendant on the charge stated below.

2. From on or about September 14, 2001 until on or about December 1, 2006, the defendant's former corporate employer, Chi Mei Optoelectronics Corporation ("Chi Mei"), and coconspirators entered into and engaged in a combination and conspiracy in the United States and elsewhere to suppress and eliminate competition by fixing the prices of thin-film transistor liquid crystal display panels ("TFT-LCD"). The combination and conspiracy engaged in by the defendant's corporate employer and coconspirators was an unreasonable restraint of interstate and foreign trade

INFORMATION -- HUANG -- 1

1    and commerce in violation of Section 1 of the Sherman Act (15 U.S.C. § 1). The defendant
2    knowingly joined and participated in the charged conspiracy from as early as September 14, 2001,
3    until on or about December 1, 2006.

4        3.    The charged combination and conspiracy consisted of a continuing agreement,
5    understanding, and concert of action among the defendant, his corporate employer, and
6    coconspirators, the substantial terms of which were to agree to fix the prices of TFT-LCD.

7        4.    For the purpose of forming and carrying out the charged combination and conspiracy,
8    the defendant, his corporate employer, and coconspirators did those things that they combined and
9    conspired to do, including, among other things:

10        (a)    participating in meetings, conversations, and communications in Taiwan,
11    Korea, and the United States to discuss the prices of TFT-LCD;
12        (b)    agreeing, during those meetings, conversations, and communications, to
13    charge prices of TFT-LCD at certain predetermined levels;
14        (c)    issuing price quotations in accordance with the agreements reached;
15        (d)    exchanging information on sales of TFT-LCD, for the purpose of monitoring
16    and enforcing adherence to the agreed-upon prices; and
17        (e)    authorizing, ordering, and consenting to the participation of subordinate
18    employees in the conspiracy.

19                                II.

20                    DEFENDANT AND COCONSPIRATORS

21        5    Chi Mei was a corporation organized and existing under the laws of Taiwan and was
22    engaged in the business of producing and selling TFT-LCD to customers in the United States and
23    elsewhere during the time period covered by this information. WEN-HUNG "AMIGO" HUANG was
24    Director of Sales for Chi Mei during certain periods covered by this Information.

25        6.    Various corporations and individuals, not made defendants in this Information,
26    participated as coconspirators in the offense charged in this Information and performed acts and made
27    statements in furtherance of it.

28    ///

INFORMATION -- HUANG -- 2

7.  Whenever in this Information reference is made to any act, deed, or transaction of any corporation, the allegation means that the corporation engaged in the act, deed, or transaction by or through its officers, directors, employees, agents, or other representatives while they were actively engaged in the management, direction, control, or transaction of its business or affairs.

III.

TRADE AND COMMERCE

8.  TFT-LCD are glass panels composed of an array of tiny pixels that are electronically manipulated in order to display images. TFT-LCD are manufactured in a broad range of sizes and specifications for use in televisions, notebook computers, desktop monitors, mobile devices, and other applications.

9.  During the period covered by this Information, the defendant, his corporate employer, and coconspirators sold and distributed TFT-LCD in a continuous and uninterrupted flow of interstate and foreign trade and commerce to customers located in states or countries other than the states or countries in which the defendant, his corporate employer, and their coconspirators produced TFT-LCD.

10.  The business activities of the defendant, his corporate employer, and coconspirators that are the subject of this Information were within the flow of, and substantially affected, interstate and foreign trade and commerce.

///
///
///
///
///
///
///
///
///

IV.

INFORMATION -- HUANG -- 3

## JURISDICTION AND VENUE

11. The combination and conspiracy charged in this Information was carried out, in part, in the Northern District of California, within the five years preceding the filing of this Information.

ALL IN VIOLATION OF TITLE 15, UNITED STATES CODE, SECTION 1.

Christine A. Varney
Assistant Attorney General

Scott D. Hammond
Deputy Assistant Attorney General

Marc Siegel
Director of Criminal Enforcement

United States Department of Justice
Antitrust Division

Joseph P. Russoniello
United States Attorney
Northern District of California

Phillip H. Warren
Chief, San Francisco Office

Niall E. Lynch
Michael L. Scott
Heather S. Tewksbury
Attorneys
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 94102
(415) 436-6660

INFORMATION -- HUANG -- 4