UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. CR 10-0579 SI |
| v. | [PROPOSED] ORDER TO AMEND JUDGMENT IN A CRIMINAL CASE |
| WEN-HUNG "AMIGO" HUANG, | |
| Defendant. | |

This Court has considered the Stipulated Motion to Amend Judgment of Defendant Wen-Hung "Amigo" Huang. For good cause shown, page 2 of the Judgment against Mr. Huang is amended so that Mr. Huang shall surrender for service of sentence at the institution designated by the Bureau of Prisons, otherwise the U.S. Marshal, before 2:00 p.m. on September 14, 2010.

Dated: _____

_____
United States District Court Judge